## CITY OF NORWALK *v.* VIRGINIA GUIMOND ET AL.
## (10003)

DUPONT, C. J., DALY and LAVERY, Js.

Argued December 11, 1991—decision released January 7, 1992

*Louis Guimond,* pro se, with whom, on the brief, was *Virginia Guimond,* pro se, the appellants (defendants).

*M. Jeffry Spahr,* deputy corporation counsel, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.